# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF IOWA
# CEDAR RAPIDS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> PEPPER HINES, <br><br> Defendant. | No. CR07-0058-LRR <br><br> **ORDER** |

---

This matter comes before the court on the government's motion to reduce term of imprisonment to time served pursuant to 18 U.S.C. § 3582(c)(1)(A)(i) (docket no. 122). The government filed such motion on March 16, 2015. Given the government's statements and the additional information provided by the government pursuant to the court's directives, the court finds that extraordinary and compelling reasons exist and, therefore, it is appropriate to grant the requested relief. Accordingly, the government's motion to reduce term of imprisonment to time served pursuant to 18 U.S.C. § 3582(c)(1)(A)(i) (docket no. 122) is granted.

The defendant's sentence, as reflected in the judgment dated June 10, 2008, is reduced to time served. The Federal Bureau of Prisons is directed to take appropriate steps to release the defendant to Mary Lyons in Cedar Rapids, Iowa by no later than March 31, 2015. The clerk's office is directed to send and fax or email a copy of this order to the Federal Bureau of Prisons, that is, the place where the defendant, USM No.

10079-029, is currently incarcerated.

**IT IS SO ORDERED**.

**DATED** this 24th day of March, 2015.

*[signature]*
LINDA R. READE
CHIEF JUDGE, U.S. DISTRICT COURT
NORTHERN DISTRICT OF IOWA